```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

JOSUE RIOS,

        Petitioner,

vs.                            Case No. 2:04-cv-302-FtM-29DNF
                                    Case No. 2:01-cr-14-FTM-29DNF

UNITED STATES OF AMERICA,

        Respondent.
_____/

## **OPINION AND ORDER**

     This matter comes before the Court on a letter request for clarification from Josue Rios regarding the status of his Notice of Appeal, received on April 27, 2005. Josue Rios seeks clarification to the extent that he argues that he filed a Notice of Appeal at the same time that his brother filed one in Case No. 2:04-cv-405-FTM-29DNF. A review of the docket reflects that petitioner Josue Rios' Notice of Appeal (Doc. #19) was terminated on February 10, 2005, by Order (Doc. #21) since the Notice of Appeal was signed by his brother Jaime Rios only. Nonetheless, as there may have been an error since the Notices of Appeal were sent together, the Court will deem the February 2, 2005 Notice of Appeal (Doc. #19) as pertaining to Josue Rios and direct the Clerk to process the appeal. The Court would note that Jaime Rios' appeal was dismissed for failure to pay the filing fee on March 16, 2005. <u>See</u> USCA Case No. 05-10807H. **(Attached).**

As the Notice of Appeal is due to be processed, the Court will address the previously filed and denied request for a certificate of appealability (Doc. #20). For the reasons stated in the Order (Doc. #17, 2:04-cv-405-FTM-29DNF), the Court finds that petitioner has failed to show that jurists of reason would find the Court's assessment of the constitutional claim debatable or wrong. **(Attached).** Therefore, the certificate of appealability will be denied.

Accordingly, it is now

**ORDERED**:

1. Petitioner's letter request for clarification is **GRANTED** to the extent clarified herein. The Clerk shall file the letter as a Motion for Clarification and terminate the motion as granted based on this Opinion and Order.

2. The Clerk shall re-activate the Notice of Appeal (Doc. #19) and process the appeal for Josue Rios.

3. The request for a certificate of appealability is denied for the reasons stated in Case No. 2:04-cv-405-FTM-29DNF. **See attached.**

4. Petitioner's Motion to Proceed In Forma Pauperis on appeal (Doc. #24) is moot since the appellate fees have been paid.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of April, 2005.

JOHN E. STEELE
United States District Judge

Copies:
USCA
Josue Rios
Counsel of Record